IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

JUAN F. EVANS,
        Appellant/debtor,
_____

JUAN F. EVANS,
        Appellant/Plaintiff,

vs.                                        3:06cv101/RV/MD

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
        Appellee/Defendant.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon appellant's motion for voluntary dismissal without prejudice. (Doc. 4). Appellant awaits ruling from the Eleventh Circuit on a related matter.

Accordingly, it is respectfully RECOMMENDED:

That appellant's motion to dismiss (doc. 4) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 25th day of April, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).