**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

In re:

JUAN F. EVANS,
               Appellant/debtor,

_____

JUAN F. EVANS,
               Appellant/Plaintiff,

vs.                                3:06cv101/RV/MD

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
               Appellee/Defendant.

_____

**O R D E R**

       **Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 25, 2006, pursuant to Title 28, United States Code, Section 636(b)(1)(B), and after reviewing the filed objection to the Recommendation, the Recommendation is adopted as the opinion of the Court, but I conclude that the dismissal of an appeal must be final and with prejudice.**

       **Accordingly, it is now ORDERED as follows:**

       **1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

       **2.     The appellant's motion to dismiss (doc. 4) is GRANTED and this case is dismissed, with prejudice.**

       **DONE AND ORDERED this 3rd day of May, 2006.**

                               **/s/** *Roger Vinson*
                                **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**